

IN THE
TENTH COURT OF APPEALS

No. 10-18-00172-CV

M&J BRAZOS VALLEY PROPERTY
HOLDINGS, LTD., AND MARK HOMEYER,

Appellants

v.

CHRISTOPHER AND KATIE STAVINOHA,

Appellees

From the 21st District Court
Burleson County, Texas
Trial Court No. 27,466

# ORDER

This appeal was referred to mediation on October 24, 2018. The mediation was ordered to take place within 30 days after the date of the Order.

The mediator has requested an extension of time to complete the mediation. That request is granted. Mediation in this appeal must be completed within 60 days after the date of *this* order. All other terms and conditions of the October 24, 2018 order remain in effect.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed November 7, 2018

